Respectfully submitted,

*/s/ Melanie H. Muhlstock* _____
Melanie H. Muhlstock
**Parker Waichman LLP**
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: (516) 466-6500
Fax: (516) 466-6665
mmuhlstock@yourlawyer.com

and

Lawrence L. Jones II
**JONES WARD PLC**
Admitted *pro hac vice*
The Pointe
1205 E. Washington Street, Suite 111
Louisville, Kentucky 40206
Telephone: (502) 882-6000
Fax: (502) 587-2007
larry@jonesward.com

*Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on March 15, 2017, I served all counsel of record with the foregoing via this Court's CM/ECF System, which will provide notice of filing to all counsel of record.


               /s/ *Melanie H. Muhlstock*
               Melanie H. Muhlstock