UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANY HAUSNER,<br><br>   Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC. *et al.*,<br><br>   Defendants. | Civil Action No.<br><br>14-3834 (SDW) (LDW) |
| SHELAIN COOPER,<br><br>   Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC. *et al.*,<br><br>   Defendants. | Civil Action No.<br><br>14-4651 (SDW) (LDW) |
| JESSICA ROSELAND,<br><br>   Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC. *et al.*,<br><br>   Defendants. | Civil Action No.<br><br>15-2480 (SDW) (LDW) |

| | |
|---|---|
| ALLISON SIMPSON,<br><br>     Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC. *et al.*,<br><br>     Defendants. | Civil Action No.<br><br>15-6072 (SDW) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of defendants' motions to exclude the expert testimony of John E. Maggio, Ph.D., defendants' omnibus motions to exclude the general causation and labeling opinions of plaintiffs' experts, and plaintiffs' motions to exclude the expert testimony of epidemiologists Dr. Beau Bruce and Dr. Robert Langer, pharmacologist Dr. William Jusko, and regulatory experts Dr. Dena Hixon and Dr. David Feigal, all of which were filed in the four related (though not consolidated) matters listed above (14-3834, ECF Nos. 64, 67, 69, 70, 71; 14-4651, ECF Nos. 67, 69, 70, 72, 74; 15-2480, ECF Nos. 41, 44, 46, 47, 48; 15-6072, ECF Nos. 41, 43, 45, 48, 49); and counsel for both sides having informed the Court that each of these motions seeks identical relief and relies on identical legal briefs in all four cases (*Hausner*, 14-3834, ECF Nos. 63, 66 (Letters)); and it appearing that the Court has "inherent authority" to manage its docket, *In re Orthopedic "Bone Screw" Prods. Liab. Litig.*, 132 F.3d 152, 156 (3d Cir. 1997); and all counsel having consented to the entry of this Order; and for good cause shown;

**IT IS on this 28th day of March, 2017,**

**ORDERED** that, in order to manage the docket most efficiently in these related cases, the above motions in the *Cooper*, *Roseland*, and *Simpson* cases that are identical to the motions filed in the *Hausner* case (14-4651, ECF Nos. 67, 69, 70, 72, 74; 15-2480, ECF Nos. 41, 44, 46, 47, 48; 15-6072, ECF Nos. 41, 43, 45, 48, 49) are administratively **TERMINATED**; and it is further

**ORDERED** that this Order shall not constitute a decision on the merits of any of the above motions; and it is further

**ORDERED** that the decisions the Court will enter as to these two pending motions in the *Hausner* matter (14-3834, ECF Nos. 64, 67) shall be filed in all of the above four matters and will be effective as to the identical motions pending in those matters. The Clerk's Office is directed to

administratively terminate ECF Nos. 67, 69, 70, 72, and 74 in *Cooper*, 14-4651; ECF Nos. 41, 44, 46, 47, and 48 in *Roseland*, 15-2480; and ECF Nos. 41, 43, 45, 48, and 49 in *Simpson*, 15-6072.

Leda Dunn Wettre
United States Magistrate Judge